UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Richard Reyes,<br><br>                    Plaintiff,<br>v.<br><br>Client Services, Inc.; and DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.: 3:10-cv-00679-CFD |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 4, 2010

Respectfully submitted,

PLAINTIFF, Richard Reyes

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (425027)
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg, Esq.